**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Jamol Barker

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S-07-302 GEB |
| Plaintiff, | REQUEST RE: APPOINTMENT; STIPULATION CONTINUING ARRAIGNMENT AND DETENTION HEARING; ORDER |
| vs. | |
| JAMOL DEVON BARKER | Date: August 31, 2007 |
| Defendant | Time: 2:00 PM |
| | Court: DAD |

**REQUEST FOR APPOINTMENT**

In this matter undersigned counsel is seeking appointment of the above named defendant in the above referenced matter. Mr. Barker qualifies for the services of appointed counsel.

**STIPULATION TO CONTINUE ARRAIGNMENT AND DETENTION HEARING**

For the reasons stated below the parties, through their respective counsel stipulate and agree that Mr. Barker's arraignment in the above referenced matter may be continued to August 31, 2007 at 2:00 PM. It is also agreed that the matter of detention is submitted to the Court and that Mr. Barker will be

temporarily detained, without prejudice to reopen the detention hearing at some future date.

Undersigned was first asked to represent the defendant on August 21, 2007 when he was incarcerated outside of the Eastern District. It was requested that arrangements be made to have him brought to the Eastern District for arraignment on the present charges. I discussed the matter that day, including the charges, by telephone, with Mr. Barker and had a subsequent discussion with AUSA Ken Melikian. Neither Mr. Melikian nor I knew exactly when Mr. Barker would be produced to this Court for Arraignment. As circumstances would have it, the matter is presently set for arraignment in this Court on today's date, August 28, 2007 at 2:00 PM.

Unfortunately, I have very complicated meeting involving a number of people scheduled for the same time period in Fresno, California in the matter of the United States v. Vue. It is a meeting which dare not be postponed. In addition, immediately following my Fresno meeting I will be departing for Little Rock Arkansas to meet with a witness in the Thornton habeas matter, not returning until Thursday, August 30, 2007.

I have discussed this stipulation with my client and he is in agreement.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the 28th day of August, at Sacramento, California.

DATED: August 28, 2007          Respectfully submitted

/S/MICHAEL  B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

**IT IS SO STIPULATED**

/S/KEN MELIKIAN, Esq.,
Ken Melikian, Esq.,              Dated: August 28, 2007
Assistant United States Attorney
Attorney for Plaintiff

/S/MICAHEL B. BIGELOW            Dated: August 28, 2007
Michael B. Bigelow
Attorney for Defendant

**ORDER**

**IT IS ORDERED** that attorney Michael B. Bigelow, Esq., shall be appointed to represent defendant Jamol Devon Barker in the above referenced matter;

**IT IS FURTHER ORDERED** that pursuant to the request of the defense and upon the stipulation of the parties, the above-referenced matter shall be continued to August 31, 2007 at 2:00 p.m. for further arraignment and detention hearing.  The defendant, Jamol Barker, shall remain temporarily detained until that date.

DATED: August 28, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/barker0302.stipord

-4-