MICHAEL BIGELOW
**Attorney at Law**
Sate Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
JAMOL D. BARKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> JAMOL DEVON BARKER, ) <br> ) <br> Defendant. ) | CASE NO. CRS 07-302 GEB <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING ARRAIGNMENT |

  The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the arraignment, which is currently scheduled for August 31, 2007 at 2 p.m.. should be continued to September 4, 2007 at 2 p.m..

  The parties stipulate to this continuance because counsel for defendant Barker is in Little Rock, Arkansas and is unable to confirm a flight back to California in time for this arraignment.

Dated: August 30, 2007          /s/ Kenneth Melikian
                    KENNETH MELIKIAN
                    Assistant U.S. Attorney

Dated: August 30, 2007          /s/ Michael Bigelow
                    MICHAEL BIGELOW
                    Attorney for Defendant

## ORDER

IT IS HEREBY ORDERED that arraignment currently scheduled for August 31, 2007, at 2 p.m. be continued to September 4, 2007, at 2 p.m.

Dated: 8/30/07

_____
DALE A DROZD
United States District Court

-2-