LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant
TANISHA RENEE SIMPSON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA )
        Plaintiff, )
    vs. )
JAMOL DEVON BARKER, et. al., )
        Defendants. )

Case No.: CR S-07-302 GEB

STIPULATION AND [PROPOSED] ORDER CONTINING STATUS CONFERENCE AND EXCLUDING TIME.

It is hereby stipulated and agreed to between the United States of America through Kenneth J. Melikian, Assistant United States Attorney; defendant, JAMOL DEVON BARKER, by and through his counsel, Michael Bigelow; defendant, MAURICE GENE GODFREY, by and through his counsel, Assistant Federal Defender Rachelle Barbour; and defendant, TANISHA RENEE SIMPSON, by and through her counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for Friday, September 7, 2007, at 9:00 a.m. be continued to October 12, 2007, at 9:00 a.m.

The basis for this request is that defense counsel for defendants Jamol Barker and Tanisha Simpson were just appointed within the previous week and request time within which to

- 1

receive and /or review discovery and consult with their respective clients before appearing at a status conference.

    IT IS FURTHER STIPULATED that the period from September 7, 2007, (the date currently set for the status conference) through and including October 12, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated:  September 5, 2007                  Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
TANISHA RENEE SIMPSON

/s/ Lindsay Weston for
_____
MICHAEL BIGELOW
Attorney for Defendant
JAMOL DEVON BARKER

/s/ Lindsay Weston for
_____
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
MAURICE GENE GODREY

//////

/////

/////

//////

| | |
|---|---|
| Date: September 5, 2007 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ Lindsay Weston for<br>_____<br>KENNETH J. MELIKIAN<br>Assistant United States Attorney<br>Per telephonic authority |

**ORDER**

IT IS SO ORDRED.

Dated: September 5, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge