LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant
TANISHA RENEE SIMPSON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>  vs.<br><br>JAMOL DEVON BARKER, et. al.,<br><br>    Defendants. | Case No.: CR S-07-302 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINING STATUS CONFERENCE AND EXCLUDING TIME . |

It is hereby stipulated and agreed to between the United States of America through Kenneth J. Melikian, Assistant United States Attorney; defendant, JAMOL DEVON BARKER, by and through his counsel, Michael Bigelow; defendant, MAURICE GENE GODFREY, by and through his counsel, Assistant Federal Defender Rachelle Barbour; defendant TAVARES KORAN SIMPSON, by and through his counsel, Joseph J. Wiseman; and defendant, TANISHA RENEE SIMPSON, by and through her counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for Friday, November 16, 2007, at 9:00 a.m. be continued to Friday, December 7, 2007, at 9:00 a.m.

/////

The basis for this request is that counsel for TANISHA SIMPSON is seeking additional discovery from the government, counsel are reviewing discovery with their clients, and some counsel are discussing plea agreements with the government.

IT IS FURTHER STIPULATED that the period from November 16, 2007, (the date currently set for the status conference) through and including December 7, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: November 7, 2007                    Respectfully submitted,


/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
TANISHA RENEE SIMPSON

/s/ Lindsay Weston for
_____
MICHAEL BIGELOW
Attorney for Defendant
JAMOL DEVON BARKER


/s/ Lindsay Weston for
_____
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
MAURICE GENE GODREY

//////

/////

/////

- 2 -

/s/ Lindsay Weston for
_____
JOSEPH J. WISEMAN
Attorney for defendant
TAVARES KORAN SIMPSON

Date: November 7, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Lindsay Weston for
_____
KENNETH J. MELIKIAN
Assistant United States Attorney
Per telephonic authority

**ORDER**

IT IS SO ORDRED.

Dated:   November 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge