LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant
TANISHA RENEE SIMPSON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff,<br><br>   vs.<br><br>JAMOL DEVON BARKER, et. al.,<br><br>   Defendants. | Case No.:  CR S-07-302  GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINING STATUS CONFERENCE AND EXCLUDING TIME<br>. |

It is hereby stipulated and agreed to between the United States of America through Kenneth J. Melikian, Assistant United States Attorney; defendant, JAMOL DEVON BARKER, by and through his counsel, Michael Bigelow; defendant TAVARES KORAN SIMPSON, by and through his counsel, Joseph J. Wiseman;   and defendant, TANISHA RENEE SIMPSON, by and through her counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for Friday, December 7, 2007, at 9:00 a.m. be continued to February 22, 2008. This request does not involve Defendant MAURICE GODREY, who through counsel, RACHELLE BARBOUR, has applied to the Court for a change of plea hearing on December 14, 2007.

The basis for this request is that counsel for TANISHA SIMPSON and TAVARES SIMPSON have each made informal discovery requests from the government which are pending, counsel are reviewing discovery with their clients, and some counsel are discussing plea agreements with the government.

IT IS FURTHER STIPULATED that the period from December 7, 2007, (the date currently set for the status conference) through and including February 22, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated:  December 6, 2007                Respectfully submitted,


/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
TANISHA RENEE SIMPSON

/s/ Lindsay Weston for
_____
MICHAEL BIGELOW
Attorney for Defendant
JAMOL DEVON BARKER


/s/ Lindsay Weston for
_____
JOSEPH J. WISEMAN
Attorney for defendant
TAVARES KORAN SIMPSON

| | |
|---|---|
| Date: December 6, 2007 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ Lindsay Weston for<br>_____<br>KENNETH J. MELIKIAN<br>Assistant United States Attorney<br>Per telephonic authority |

**ORDER**

IT IS SO ORDRED.

Dated: December 7, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge