LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant
TANISHA RENEE SIMPSON

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMOL DEVON BARKER, et. al.,<br><br>　　　　Defendants. | Case No.:  CR S-07-302  GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINING STATUS CONFERENCE AND EXCLUDING TIME<br>. |

　　　　It is hereby stipulated and agreed to between the United States of America through Kenneth J. Melikian, Assistant United States Attorney; defendant, JAMOL DEVON BARKER, by and through his counsel, Michael Bigelow; and defendant, TANISHA RENEE SIMPSON, by and through her counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for Friday, April 25, 2008, at 9:00 a.m. be continued to May 30, 2008.

　　　The basis for this request is that defense counsel are continuing to review discovery with their clients and are in plea negotiations with the government.

　　　IT IS FURTHER STIPULATED that the period from April 25, 2008, (the date currently set for the status conference) through and including May 30, 2008, be excluded in computing the

- 1

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated:  April 24, 2008                    Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
TANISHA RENEE SIMPSON

/s/ Lindsay Weston for
_____
MICHAEL BIGELOW
Attorney for Defendant
JAMOL DEVON BARKER

Date: April 24, 2008                      MCGREGOR W. SCOTT
                                          United States Attorney

/s/ Lindsay Weston for
_____
KENNETH J. MELIKIAN
Assistant United States Attorney
Per telephonic authority

**ORDER**

IT IS SO ORDERED.

Dated:  April 29, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -