**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
**TAVARES SIMPSON**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 07- 302 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| vs. | |
| TAVARES SIMPSON, et al., | |
| Defendant. | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Kenneth J. Melikian, Assistant United States Attorney, and defendant, TAVARES SIMPSON, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of defendant now scheduled for May 9, 2008 at 9:00 a.m., be rescheduled to May 16, 2008 at 9:00 a.m.

Stipulation and Order To Continue Sentencing    1    Case No. CR S 07 302 GEB

The parties are requesting this continuance to provide defendant's counsel additional time to prepare the case for sentencing.

Dated: May 5, 2008                             Respectfully submitted,

                                               JOSEPH J. WISEMAN, P.C.


                                               By:   /s/Joseph J. Wiseman
                                                     JOSEPH J. WISEMAN
                                                     Attorney for Defendant
                                                     TAVARES SIMPSON


Dated: May 5, 2008                             McGREGGOR SCOTT,
                                               UNITED STATES ATTORNEY

                                               By:   /s/Kenneth J. Melikian
                                                     KENNETH J. MELIKIAN
                                                     Attorney for Plaintiff
                                                     UNITED STATES OF AMERICA
                                                     Per telephonic authority


### ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of defendant TAVARES SIMPSON, in the above-captioned case shall be continued to May 16, 2008 at 9:00 a.m.

Dated:   May 6, 2008


                                               _____
                                               GARLAND E. BURRELL, JR.
                                               United States District Judge