**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217

Attorney for Defendant
Jamol Barker

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br><br>JAMOL DEVON BARKER, et. al.,<br><br><br>      Defendant | Case No. Cr.S-07-302 GEB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING STATUS<br><br>Date: June 6, 2008<br>Time: 9:00 AM<br>Court: GEB |

**STIPULATION TO CONTINUE HEARING**

Pursuant to agreement between the parties it is hereby stipulated that hearing in the above referenced matter be continued to June 6, 2008 at 9:00 AM.

The basis for this request is that defense counsel are continuing to review discovery with their clients and are in plea negotiations with the government.

IT IS FURTHER STIPULATED that the period from May 30, 2008, (the date currently set for the status conference) through and

-1-

including June 6, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

DATED: May 29, 2008            Respectfully submitted

/S/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

**IT IS SO STIPULATED**

/S/KEN MELIKIAN, Esq.,
Ken Melikian, Esq.,                Dated: May 29, 2008
Assistant United States Attorney
Attorney for Plaintiff


/S/MICAHEL B. BIGELOW              Dated: May 29, 2008
Michael B. Bigelow
Attorney for Defendant
Jamol Barker


/S/Lyndsay Weston                  Dated: May 29, 2008
Lyndsey Weston
Attorney for Defendant
Tanish Simpson

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation arraignment in the above referenced matter shall be continued until June 6, 2008 at 9:00 PM.

Dated:  May 29, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge