```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )   CR. NO. S-07-302 GEB
                                 )   CR. NO. S-07-319 GEB
12              Plaintiff,       )
                                 )   STIPULATION; ORDER
13       v.                      )
                                 )
14  JAMOL DEVON BARKER,          )
                                 )
15                               )
            Defendants.          )
16  _____)
```

17      Defendant Jamol Devon Barker, through Michael B. **Bigelow**,
18 Attorney At Law, and the United States of America, through
19 Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the
20 status conferences scheduled for June 6, 2008.  The parties
21 further stipulate that status conferences be placed on the
22 court's June 27, 2008, calendar.
23      The United States has very recently conveyed a plea offer to
24 the defense which entails both of these cases.  The defense is in
25 the process of considering this offer, and needs considerably
26 more time to do so.  A continuance to June 27th will allow the
27 defendant enough time to accept or reject the government's offer.
28 ///

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Accordingly, both parties request that the status conference
2  in these cases be continued to June 27, 2008.  Both parties
3  agree that time should be excluded through June 27, 2008, from
4  computation under the Speedy Trial Act pursuant to local code T4
5  (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to afford the defendant
6  reasonable time to prepare his cases.

7  DATED: June 5, 2008           Respectfully submitted,

8                                McGREGOR W. SCOTT
                                 United States Attorney
9
                                 /s/ Kenneth J. Melikian
10
                                 By
11                                  KENNETH J. MELIKIAN
                                 Assistant U.S. Attorney
12

13 DATED: June 5, 2008           /s/ Kenneth J. Melikian
                                 MICHAEL B. BIGELOW
14                               Attorney for Defendant
                                  (Signed by Kenneth J. Melikian
15                               per authorization by Michael B.
                                 Bigelow)
16

17

18      IT IS SO ORDERED.

19 Dated:  June 6, 2008

20

21                               _____
                                 GARLAND E. BURRELL, JR.
22                               United States District Judge

2

PDF created with pdfFactory trial version www.pdffactory.com