LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant
TANISHA RENEE SIMPSON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff,<br><br> vs.<br><br>JAMOL DEVON BARKER, et. al.,<br><br>   Defendants. | Case No.:  CR S-07-302  GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING AND SETTING SCHEDULE FOR DISCLOSURE OF THE PRESENTENCE REPORT AND FILING OF OBJECTIONS |

  It is hereby stipulated and agreed to between the United States of America through Kenneth J. Melikian, Assistant United States Attorney, and defendant, TANISHA RENEE SIMPSON, by and through her counsel, Lindsay Anne Weston, that the sentencing hearing in this matter currently scheduled for Friday, September 26, 2008, at 9:00 a.m. be continued to November 14, 2008, at 9:00 a.m.

  The basis for this request is to allow defense counsel additional time to complete necessary investigation and preparation before the pre-sentence interview.

  The parties further stipulate to the following schedule for disclosure of the presentence report and the filing of objections:

  Disclosure of draft pre-sentence report to the parties:  October 10, 2008

| | | |
|---|---|---|
| Written objections to draft pre-sentence report filed: | | October 17, 2008 |
| Disclosure and filing of final pre-sentence report: | | October 24, 2008 |
| Motion for correction of pre-sentence report filed: | | October 31, 2008 |
| Reply or statement of no opposition: | | November 7, 2008 |

DATED:  July 24, 2008                     Respectfully submitted,

/s/Lindsay Weston

———————————————
LINDSAY ANNE WESTON
Attorney for Defendant
TANISHA RENEE SIMPSON


Date: July 24, 2008                       MCGREGOR W. SCOTT
United States Attorney

/s/ Lindsay Weston for

———————————————
KENNETH J. MELIKIAN
Assistant United States Attorney
Per telephonic authority


**ORDER**

IT IS SO ORDRED.

Dated: 7/25/08

*[signature]*

GARLAND E. BURRELL, JR.
United States District Judge