**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Jamol Barker

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. Cr.S-07-302 GEB |
| Plaintiff ) | |
| ) | STIPULATION RESCHEDULING |
| vs. ) | STATUS |
| ) | |
| ) | (PROPOSED) ORDER |
| JAMOL BARKER ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |

    Pursuant to stipulation between the parties, the status conference in this matter presently set for December 2, 2011 is rescheduled to December 16, 2011 at 9:00 AM.

    It is further stipulated that time under the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.* be tolled pursuant to §3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial. The Court is advised that all counsel have conferred about this request, that they have agreed to the December 16, 2011 date,

-1-

and that all counsel have authorized Mr. Bigelow to sign this stipulation on their behalf.

DATED December 1, 2011			Respectfully submitted,

						/S/ MICHAEL B. BIGLOW
						Michael B. Bigelow
						Attorney for Defendant

**IT IS SO STIPULATED**

DATED: December 1, 2011			/s/ MICHAEL B. BIGELOW
						Michael B. Bigelow
						Attorney for Defendant

Dated: December 1, 2011			/s/JEAN HOBLER
						JEANNE HOBLER, AUSA

					**ORDER (Proposed)**

**IT IS SO ORDERED**

**Date:   12/1/2011**

						_____
						GARLAND E. BURRELL, JR.
						United States District Judge

-2-