FILED

FEB 10 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )  Case No. 2:07-cr-00302-1
            Plaintiff,          )
                                )
      v.                        )  ORDER FOR RELEASE OF PERSON
                                )  IN CUSTODY
JAMOL DEVON BARKER,             )
                                )
            Defendant.          )
_____)

TO UNITED STATES MARSHALL:

        This Order authorizes and directs you to release **Jamol Devon Barker** from custody.

        IT IS SO ORDERED.

Date: February 10, 2012

                                    Garland E. Burrell Jr.
                                    UNITED STATES DISTRICT JUDGE

1   (copy)